CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>        Plaintiff,<br><br>   v.<br><br>**Raymond J Lacondeguy**; and Does 1-10,<br><br>        Defendants | No. 2:14-cv-02084-KJM-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE TIME** |

Plaintiff Scott Johnson and Defendant Raymond J Lacondeguy, by and through their respective counsel, hereby stipulate to continue the start time of the settlement conference previously scheduled for April 2, 2015 at 10:00 a.m. to April 2, 2015, 2015 at 1:30 p.m. before Magistrate Judge Dale Drozd.

Dated: March 31, 2015                    CENTER FOR DISABILITY ACCESS


                                         By:  /s/ Phyl Grace_____
                                         Phyl Grace
                                         Attorneys for Plaintiff

Dated: March 31, 2015                    MAYALL HURLEY P.C.

1

Stipulation to Continue Settlement Conference Time

By: __/s/ Robert J. Wasserman_____
Robert J. Wasserman
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 31, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
johnson2084.stip.eot.ord.docx

Stipulation to Continue Settlement Conference Time